(September 21, 1987)

■ DARLENE SALMI, Respondent, v AETNA CASUALTY & SURETY COMPANY, Appellant.—Motion to amend record on appeal denied, without costs, on the ground that the document sought to be added to the record was not before the court below. Mahoney, P. J., Kane, Casey, Weiss and Harvey, JJ., concur.